ACCEPTED
12-14-00100-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/23/2015 9:11:01 AM
CATHY LUSK
CLERK

**JOHN W. TUNNELL**
**Attorney at Law**
315 E. Frank Avenue
P.O. Box 414
Lufkin, Texas 75902
Phone:        936-699-3131
Facsimile:    936-699-2901
April 22, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/23/2015 9:11:01 AM

CATHY S. LUSK
Clerk

Cathy S. Lusk, Clerk of the Court
Court of Appeals, Twelfth Appellate District, State of Texas
1517 W. Front Street, Ste. 354
Tyler, Texas 75702

Re: 12-14-00100- CR , Robert Lilley v. State of Texas   –   Opinion and Judgment

Dear Ms. Lusk,

Please find the enclosed copy of the receipt for the certified mail green card in the above styled and numbered cause. If you have any questions or need any further information, please feel free to contact this office.

Sincerely,

Melanie Hartsfield
Secretary  to John W. Tunnell

CERTIFIED MAIL # 7007 1490 0000 5682 1701

**JOHN W. TUNNELL**
**Attorney at Law**
315 E. Frank Avenue
P.O. Box 414
Lufkin, Texas  75902
Phone:          936-699-3131
Facsimile:      936-699-2901
August 5, 2014

Robert Lilley                                    Certified Mail 7007 1490 0000 5682 1701
#01925059
Gregg County Jail
101 East Methvin Street, Suite 559
Longview, Texas 75601

Dear Mr. Lilley,

The Twelfth Court of Appeals issued an opinion in your case, 12-14-00100-CR. A copy of the Opinion and Judgment is enclosed. I had previously forwarded you a copy of the Brief in your case. I have now withdrawn as your attorney in this case.

You are informed that you have a right to file a petition for discretionary review. You must either hire your own attorney or do so on your own ("pro se"). Any such petition must be filed within 30 days with the Twelfth Court of Appeals. I have enclosed copies of Texas Rule or Appellate Procedure 68.2, 68.3, 68.4.

Thank you,

John W. Tunnell
Attorney at Law

cc: Cathy S. Lusk
Twelfth Court of Appeals
1517 West Front Street, Ste 354
Tyler, Texas 75702

```
                LUFKIN DOWNTOWN STA
                   LUFKIN, Texas
                     759029913
                  4822710902-0098
        04/23/2015 (936)634-2623 08:23:40 AM
========================================
============ Sales Receipt ============
Product          Sale Unit      Final
Description       Qty Price      Price
========================================
LONGVIEW TX 75601 Zone-3           $1.40
First-Class Mail Large Env
2.60 oz.
Expected Delivery: Mon 04/27/15
Return Rcpt (Green                 $2.70
Card)
@@ Certified                       $3.30
USPS Certified Mail #:
70071490000056821701
Customer Postage                  -$5.88
   Subtotal:                       $1.52
                                ========
Issue Postage:                     $1.52

(Forever)         1   $5.88        $5.88
Year of the
Ram Pane/12

                                ==========
Total:                             $7.40

Paid by:
Debit Card                         $7.40
   Account #:        XXXXXXXXXXXX3202
   Approval #:       058119
   Transaction #:    639
   23903021335
   Receipt#:         003921
```

**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

LONGVIEW TX 75601

| | | |
|---|---|---|
| Postage | $    $1.40 | 0902 |
| Certified Fee | $3.30 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $    $7.40 | 04/23/2015 |

Sent To
Robert Lilley # 01925059
Gregg County Jail
Street, Apt. N
or PO Box No 101 E. Methvin Street, Ste. 559
City, State, Zi Longview, Texas 75601

PS Form 3800. August 2006                See Reverse for Instructions